IN THE UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAR 8 1999

Michael N. Milby, Clerk of Court

| IN RE: | § |  |
|---|---|---|
|  | § |  |
| MDEP, INC. d/b/a | § | Case No. **94-48479-H2-7** |
| MASTER DISTRIBUTING | § | Chapter 7 |
|  | § |  |
| Debtor(s) | § |  |
|  | § |  |

## ORDER

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Court Reistry under 11 USC §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that __Robbye R. Waldron__, Trustee is authorized to pay the funds in the amount of __$16,933.82__, now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

SIGNED this the 5th day of March 1999.

_Wesley W. Steen_
U.S. BANKRUPTCY JUDGE



ClibPDF - www.fastio.com